AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ANTHONY PALERMO

CASE NUMBER: 08CV4623

V.

ASSIGNED JUDGE: JUDGE GOTTSCHALL

CONDOLEEZZA RICE, Secretary, U.S. Department of State

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Valdez

TO: (Name and address of Defendant)

Michael Mukasey
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan C. Goldman
GOLDMAN & EHRLICH
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

August 19, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 21, 2008 |
| NAME OF SERVER (PRINT) Charles D. Smith | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent copy to address on face of Summons by Certified Mail, Article N° 7008 0500 0001 8747 7899

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 21, 2008
           Date                    Signature of Server

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LASALLE STREET - FIFTEENTH FLOOR
CHICAGO, ILLINOIS 60603

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.